# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NILS JOHANNESSEN          :
                                   :          CIVIL ACTION
         v.                   :
                                   :          NO. 04-3791
SULZER MEDICA USA, INC., ET AL.   :

## ORDER

AND NOW, this     20th     day of May, 2009, upon consideration of the Motion of

Defendants Sulzer Medica, Inc., Centerpulse, Inc., and Zimmer Holdings, Inc., for Summary

Judgment (Doc. No. 46) and Plaintiff Nils Johannessen's Memorandum of Law in Opposition to

Zimmer's Motion for Summary Judgement and in Support of his Motion for Partial Summary

Judgment Against Zimmer Holdings, Inc., Sulzer Medica USA, Inc., and Centerpulse USA, Inc.

(Doc. No. 47), and all documents submitted in support thereof and in opposition thereto, it is

ORDERED as follows:

    1.      Defendants' Motion for Summary Judgment (Doc. No. 46) is GRANTED.

    2.      Plaintiff's Motion for Partial Summary Judgment (Doc. No. 47) is DENIED.

    3.      The Second Amended Complaint (Doc. No. 37) is DISMISSED.

IT IS SO ORDERED.

                                         BY THE COURT:

                                         _____

                                         R. Barclay Surrick, J.